Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
## E-filing
for the

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation, <br><br> Plaintiff <br> v. <br> AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> **EDL** |

**Summons in a Civil Action**

To: AMERICAN INTERNATIONAL GROUP, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

 Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Harvey Siskind LLP
D. Peter Harvey
Matthew A. Stratton
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY ANN BUCKLEY
Richard W. Wicking
_____
Name of clerk of court

Date: _____    MARY ANN BUCKLEY
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*