**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIREMAN'S FUND INSURANCE COMPANY,

      Plaintiff,

      v.

AMERICAN INTERNATIONAL GROUP, INC.,

      Defendant.
_____/

No. C 08-03229 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for October 7, 2008 at 3:00 p.m. has been **reset to 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: July 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy