IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS., | No. C-08-03229 EDL |
| Plaintiff, | **ORDER VACATING DATES AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN INTERNATIONAL GROUP, | |
| Defendant. | |

On September 16, 2008, Plaintiff advised the Court that the parties have reached a tentative settlement in this matter. Accordingly, all previously set pretrial dates are vacated. This matter is set for a case management conference on December 16, 2008 at 10:00 a.m. The parties shall file a joint case management conference statement no later than December 9, 2008.

**IT IS SO ORDERED.**

Dated: September 18, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge